OPINION — AG — **** RURAL WATER DISTRICT — FRANCHISE — ANNEXATION **** A RURAL WATER DISTRICT, ONCE FORMED, CONSTITUTES A FRANCHISE FROM THE STATE, AND SUBSEQUENT ANNEXATION BY A CITY DOES NOT AFFECT THE DISTRICT'S RIGHT TO SERVE THE AREA IN THE DISTRICT. CITE: 82 O.S. 1968 Supp 1301-1323 [82-1301],, 82 O.S. 1968 Supp., 1309 [82-1309] (DUANE LOBAUGH) ** SEE: OPINION NO. 71-115 (1971) ** ** OVERRULED BY 71-115 (1971) **